UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) M.J |
| v. | ) Cr. No. 09-904-MBB |
| | ) |
| RALPH DELEO, | ) |

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Todd Richards, Special Agent, United States Federal Bureau of Investigation, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Ralph Deleo on a complaint filed in the United States District Court for the Eastern District of Arkansas charging the defendant with knowingly and intentionally conspiring to possess with intent to distribute over 500 grams of cocaine, in violation of 21 U.S.C. §§ 846 & 841(b)(1)(B). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Todd Richards
Special Agent, FBI

Subscribed and sworn to before me
this 16th day of November 2009

_____
HON. MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

United States of America )
v. )
RALPH FRANCIS DELEO ) Case No. 4:09 MJ 3014 HLJ
)
)
)

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ RALPH FRANCIS DELEO ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
A violation of Title 21, United States Code, Section 846 for conspiring to possess with intent to distribute more than five hundred grams of cocaine, a Schedule II substance.

Date: Nov 4, 2009

City and state: Little Rock, AR

_Issuing officer's signature_

Henry L. Jones, Jr. U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____   _Arresting officer's signature_ |
| _Printed name and title_ |